Sarah Kate Heilbrun (CSB 228660)
HaleyNelson & Heilbrun LLP
436 14th Street, Suite 716
Oakland, CA 94612
Telephone: (510) 868-0633
Facsimile: (510) 894-8484
Email: skh@hnhimmigration.com

Jonathan Weissglass (CSB 185008)
Law Office of Jonathan Weissglass
1939 Harrison Street, Suite 150-B
Oakland, CA 94612
Telephone: 510-836-4200
E-mail: jonathan@weissglass.com

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIAN POOL CANTE,<br><br>    Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; ALEJANDRO MAYORKAS, Secretary of Homeland Security; UR M. JADDOU, Director, United States Citizenship and Immigration Services; and LAURA B. ZUCHOWSKI, Director, Vermont Service Center,<br><br>    Defendants. | Case No. 3:21-cv-09383-VC<br><br>**[PROPOSED] ORDER SEALING PORTIONS OF DECLARATION OF SEBASTIAN POOL CANTE** |

The Court has before it Plaintiff's Administrative Motion to File Portions of a Declaration Under Seal. Pursuant to Civil Local Rule 79-5, paragraphs 32-36 of this Court's Standing Order for Civil Cases, and the standards governing requests to seal, the Court finds that there is good cause to file the following portions of the Declaration of Sebastian Pool Cante under seal:

| Document | Portions to be Sealed |
|---|---|
| Declaration of Sebastian Pool Cante | Paragraphs 8, 9, last three sentences of 11, 13, 14, third and fourth sentences of 15, second and third sentences of 16, and 17 |

IT IS SO ORDERED.

Dated: May 17, 2022

_____
THE HONORABLE VINCE CHHABRIA

IT IS SO ORDERED
Judge Vince Chhabria